**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACTIVISION TV, INC., § <br> § <br> Plaintiff, § <br> § Civil Action No. 1:12-cv-01007-SLR <br> v. § <br> § <br> ADSPACE NETWORKS, INC., § <br> § JURY TRIAL DEMANDED <br> Defendant. § | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff Activision TV, Inc. ("Activision") and counsel for Defendant Adspace Networks, Inc. ("Adspace") have met and conferred regarding extending Adspace's time to respond to Activision's Complaint (D.I. 1).  Subject to the Court's approval, Activision requests that Adspace's time to file its response to the Complaint be extended up to and including September 24, 2012.

Dated:  August 21, 2012                                  STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff
Activision TV, Inc.*

**SO ORDERED**, this _____ day of _____, 2012.

_____
Sue L. Robinson
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                                                            */s/ Richard C. Weinblatt*
                                                                            Richard C. Weinblatt #5080