

<u>**VIA CM/ECF**</u>

Richard C. Weinblatt
weinblatt@swdelaw.com

November 20, 2012

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      RE:   <u>*Activision TV, Inc. v. Adflow Health Networks, Inc.*, Civ. No. 12-1006-SLR;
*Activision TV, Inc. v. Adspace Networks, Inc.*, Civ. No. 12-1007-SLR;
*Activision TV, Inc. v. E-Cast, Inc.*, Civ. No. 12-1008-SLR; and
*Activision TV, Inc. v. National Cinemedia, LLC*, Civ. No. 12-1009-SLR</u>

Dear Judge Robinson:

In response to the Order of this Court dated November 5, 2012 in the above-referenced cases, counsel for Plaintiff Activision TV, Inc. ("Activision") submits that there is a need for coordinated discovery and *Markman* proceedings as to the above cases. Activision has contacted counsel for defendants, with the exception of defendant E-Cast, Inc. who has not responded to the complaint, and those counsel agree that it would be convenient to hold a joint scheduling conference between January 14, 2012 and January 17, 2012. However, Activision will defer to the convenience of the Court, and will make necessary arrangements with opposing counsel if an alternative date is preferable.

                                                    Very truly yours,

                                                    Richard C. Weinblatt (#5080)
                                                    of Stamoulis & Weinblatt LLC

cc:     All Registered Counsel (via CM/ECF)